**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————

**No. 03-6311**

————

DWAYNE MOORE,

Plaintiff - Appellant,

versus

DEPARTMENT OF CORRECTIONS; D. STILL, Sergeant;
CORRECTIONAL OFFICER SHULER, Security;
CORRECTIONAL OFFICER GILLY, Security,

Defendants - Appellees.

————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-03-68-7)

————

Submitted:  April 24, 2003          Decided:  May 5, 2003

————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

————

Affirmed by unpublished per curiam opinion.

————

Dwayne Moore, Appellant Pro Se.

————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dwayne Moore appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint, his motion to reconsider that order, and the denial of his motion for summary judgment which was filed after the case was closed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moore v. Dep't of Corr., No. CA-03-68-7 (W.D. Va. Jan. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED